ACCEPTED
05-14-00817-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/16/2015 9:47:09 AM
LISA MATZ
CLERK

No. 05-14-00817-CR
No. 05-14-00818-CR
No. 05-14-00819-CR

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/16/2015 9:47:09 AM
LISA MATZ
Clerk

WILLIAM RUSSELL DENVER,
Appellant

vs.

THE STATE OF TEXAS,
Appellee

*On appeal from the 194TH Judicial District Court of Dallas County
In Cause Nos. F12-62195, F12-62196, & F14-00186*

**STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

**COMES NOW, THE STATE OF TEXAS**, pursuant to TEX. R. APP. P. 38.6(d), respectfully requesting an extension of 13 days' time to file the State's brief today, June 16, 2015. In support of this motion, the State would show the following:

Appellant filed his brief on May 4, 2015. The 30-day response period for the State expired June 3, 2015. Due to the amount of

time needed for the undersigned attorney to prepare for oral arguments and to file briefs in other cases, as well as to respond fully to Appellant's lengthy brief in the instant causes, the State's brief could not be completed and tendered to this Honorable Court for filing before today, June 16, 2015. Therefore, the State requests an extension of 13 days' time, up to and including today, June 16, 2015, to timely file the State's brief.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Ronald L. Goranson, attorney for Appellant by eFileTexas.gov on June 16, 2015.

/s/Patricia Poppoff Noble
PATRICIA POPPOFF NOBLE